UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ANTENEH TESFAYE,<br><br>                Defendant. | CASE NO. **2:24-mj-00694**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by complaint with unlawful possession of a firearm. The government argues Defendant should be detained for the following reasons. First, Defendant is charged is prohibited from possessing firearms, yet he continues to do so and in fact displays his weapons possession on social media. Based upon wiretaps, Defendant was engaged in drug trafficking and a search of his home yielded evidence consistent with drug trafficking.

Defendant is a serious risk to flee. He has both mental health and substance problems. He is a citizen of Ethiopia and is in removal proceedings. Despite having removal proceedings hanging over his head, Defendant persists in engaging in criminal conduct, indicating an

DETENTION ORDER - 1

unwillingness or inability to conform his conduct to the requirements of a court order. He was also found in possession of a Guatemalan passport indicating the use of other identification and the means to flee. Defendant also poses a risk of obstruction of justice. The government proffered Defendant has already engaged in obstruction by his conduct during the search of his residence. For the foregoing, the Court concludes Defendant shall be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 4th day of November, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2